**United States District Court**
For the Northern District of California

1

2

3

4

5            IN THE UNITED STATES DISTRICT COURT

6            FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   PAULA BROWN,                              No.  CV 13-05497 NC

9            Plaintiff,                       **ORDER**

10      v.

11  CONNECTICUT GENERAL LIFE
    INSURNACE COMPANY,

12
             Defendant.
13  _____/

14

15  GOOD CAUSE APPEARING THEREFOR,

16       IT IS ORDERED that this case is reassigned to the **Honorable Phyllis J. Hamilton** in the

17  **Oakland division** for all further proceedings. Counsel are instructed that all future filings shall bear

18  the **initials PJH** immediately after the case number. All hearing dates presently scheduled are

19  vacated and motions should be renoticed for hearing before the judge to whom the case has been

20  reassigned. Briefing schedules remain unchanged. *See* Civil L.R. 7-7(d). Matters for which a

21  magistrate judge has already issued a report and recommendation shall not be rebriefed or noticed

22  for hearing before the newly assigned judge; such matters shall proceed in accordance with Fed. R.

23  Civ. P. 72(b).

24

25                                            FOR THE EXECUTIVE COMMITTEE:

26
    Dated:  December 20, 2013
27                                            Richard W. Wieking
    rev 4-12                                  Clerk of Court
28